**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Sergio Udianskyi<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8695<br>EIN   88–3926151 |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Southern District of New York | |
| Case number: | 23–11637–mew | |

## Discharge of Debtor(s) and Order of Final Decree           12/15

A petition under title 11, United States Code was filed by or against the Debtor(s) on 10/13/23; an order for relief was entered under Chapter 7; no order denying a discharge has been granted.

It appearing that the Debtor(s) is entitled to a discharge and the estate of the above named Debtor(s) has been full administered.

**IT IS ORDERED:**

- The Debtor(s) is granted a discharge under 11 U.S.C. § 727.

- Salvatore LaMonica is discharged as the Trustee of the Debtors estate and the bond is cancelled.

- The chapter 7 case of the above–named Debtor(s) is closed.

1/17/24                                               **By the court:** Michael E. Wiles
                                                                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order grants a discharge to the person named above. It does not dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Southern District of New York

In re: Case No. 23-11637-mew

Sergio Udianskyi Chapter 7

  Debtor

# CERTIFICATE OF NOTICE

District/off: 0208-1  User: admin  Page 1 of 3
Date Rcvd: Jan 17, 2024  Form ID: 155new  Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sergio Udianskyi, 888 Main Steet, Apartment 308, New York, NY 10044-0316 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QSLAMONICA.COM | Jan 18 2024 00:03:00 | Salvatore LaMonica, LaMonica Herbst & Maniscalco, LLP, 3305 Jerusalem Avenue, Wantagh, NY 11793-2028 |
| smg | | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Jan 17 2024 19:03:00 | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | + | Email/Text: DOFBankruptcy@finance.nyc.gov | Jan 17 2024 19:03:00 | New York City Dept. Of Finance, Office of Legal Affairs, 375 Pearl Street, 30th Floor, New York, NY 10038-1442 |
| smg | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jan 17 2024 19:03:00 | New York State Tax Commission, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: USANYS.Bankruptcy@usdoj.gov | Jan 17 2024 19:03:00 | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| 8231116 | | Email/PDF: bncnotices@becket-lee.com | Jan 17 2024 19:12:46 | American Express Travel Related Services, PO Box 981537, El Paso, TX 79998-1537 |
| 8231117 | | Email/PDF: bncnotices@becket-lee.com | Jan 17 2024 19:12:46 | American Express Travel Related Services, Attn: Bankruptcy, PO Box 981537, El Paso, TX 79998-1537 |
| 8231119 | | Email/PDF: bncnotices@becket-lee.com | Jan 17 2024 19:12:40 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 8231118 | | Email/PDF: bncnotices@becket-lee.com | Jan 17 2024 19:12:44 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 8231123 | | EDI: BANKAMER | Jan 18 2024 00:03:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 8231122 | | EDI: BANKAMER | Jan 18 2024 00:03:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 8231126 | | EDI: CITICORP | Jan 18 2024 00:03:00 | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 8231127 | | EDI: CITICORP | Jan 18 2024 00:03:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 8231131 | | EDI: CITICORP | Jan 18 2024 00:03:00 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO |

23-11637-mew    Doc 9    Filed 01/19/24    Entered 01/20/24 00:12:55    Imaged
Certificate of Notice    Pg 4 of 5

| District/off: 0208-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 17, 2024 | Form ID: 155new | Total Noticed: 21 |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| | | | 63179-0040 |
| 8231130 | EDI: CITICORP | Jan 18 2024 00:03:00 | Citibank/Best Buy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 8231133 | EDI: DISCOVER | Jan 18 2024 00:03:00 | Discover Financial, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 8231132 | EDI: DISCOVER | Jan 18 2024 00:03:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 8231136 | EDI: JPMORGANCHASE | Jan 18 2024 00:03:00 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 8231138 | Email/Text: EBN@Mohela.com | Jan 17 2024 19:03:00 | Mohela/Dept of Ed, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 8231148 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 17 2024 19:03:00 | Pnc Financial Services, Attn: Bankruptcy, 300 5th Ave, Pittsburgh, PA 15222-2401 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 8231147 | | Cleveland, OH 44101 |
| 8231146 | | Pnc Financial Services |
| 8231121 | * | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 8231120 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 8231125 | * | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 8231124 | * | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 8231128 | * | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 8231129 | * | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 8231135 | * | Discover Financial, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 8231134 | * | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 8231137 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 8231139 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/Dept of Ed, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 8231140 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/Dept of Ed, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 8231141 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/Dept of Ed, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 8231142 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/Dept of Ed, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 8231143 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/Dept of Ed, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 8231144 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/Dept of Ed, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 8231145 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/Dept of Ed, 633 Spirit Dr, Chesterfield, MO 63005-1243 |

TOTAL: 2 Undeliverable, 16 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0208-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 17, 2024 | Form ID: 155new | Total Noticed: 21 |
| Date: Jan 19, 2024 | Signature:    /s/Gustava Winters | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Edward Nathan Vaisman | on behalf of Debtor Sergio Udianskyi vaismanlaw@gmail.com  vaismanlaw@gmail.com |
| Salvatore LaMonica | sl@lhmlawfirm.com  slamonica@ecf.axosfs.com |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |

TOTAL: 3